# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

FILED
2008 JUN 25 PM 3:38
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
_____ DEPUTY

RECEIVED
JUN 17 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

June 12, 2008

Clerk, U.S. District Court
Eastern District of California, Fresno Division
2500 Tulare Street
Fresno, CA 93721

**Transfer of Jurisdiction**

Our Case #:   02-CR-0432-BTM   1:08-CR-160 AWI
Re:           Francisco Elenes Perez

Dear Clerk of the Court:

Enclosed please find the following documents:

Certified copy of Transfer of Jurisdiction
Certified copy of indictment, information or complaint
Certified copy of Judgment
Certified copy of docket sheet
Certified copy of any OSC's

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: s/ M. Jenkins
M. Jenkins, Deputy Clerk